## Commonwealth *v.* McCormick, Appellant.

Submitted March 20, 1967. *James McCormick*, appellant, in propria persona; *Burton D. Fretz* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Manley, Appellant.

Submitted March 13, 1967. *Lloyd L. Manley*, appellant, in propria persona; *Carl G. Wass*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order affirmed.